KATHLEEN M. CORCORAN *v.* JESSE MCCOY TAYLOR

The plaintiff's petition for certification for appeal from the Appellate Court, 65 Conn. App. 340 (AC 20571), is denied.

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.

*Frank J. Kolb, Jr.,* in support of the petition.

*Kerry R. Callahan* and *Shea S. Kinney,* in opposition.

Decided September 26, 2001

STATE OF CONNECTICUT *v.* ALEXANDER BARBER

The defendant's petition for certification for appeal from the Appellate Court, 64 Conn. App. 659 (AC 18763), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Damon A. R. Kirschbaum,* in support of the petition.

*John A. East III,* assistant state's attorney, in opposition.

Decided October 10, 2001